**No. 366-81195-2013**

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE 366TH JUDICIAL |
| | § | |
| vs. | § | DISTRICT COURT |
| | § | |
| WILLIAM CHAD COLEMAN | § | OF COLLIN COUNTY, TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
9/17/2015 1:56:52 PM
LISA MATZ
Clerk

## WILLIAM CHAD COLEMAN'S NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

William Chad Coleman, in *The State of Texas v. William Chad Coleman* desires to appeal a verdict against him by this Court in this cause number on August 5, 2015. William Chad Coleman appeals to the Fifth Court of Appeals, in Dallas, Texas.

Respectfully Submitted,

/s/Niles Illich

Niles Illich
SBOT: 24069969
The Law Office of Niles Illich, Ph.D., J.D.
701 Commerce
Suite 400
Dallas, Texas 75214
Direct: (972) 802-1788
Facsimile: (972) 236-0088
Email: Niles@appealstx.com

**ATTORNEY FOR WILLIAM CHAD COLEMAN**

FILED

2015 AUG 31  PM 4: 27

ANDREA STROH THOMPSON
DISTRICT CLERK
COLLIN COUNTY, TEXAS
BY  DEPUTY

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above styled and captioned Notice of Appearance was served on the Collin County District Attorney by placing this Notice into the United States Postal Service on August 28, 2015 addressed as follows:

Greg Willis
Collin County District Attorney
2100 Bloomdale Road, Suite 100
McKinney, TX 75071


/s/ Niles Illich
Niles Illich